■ MIKANIS TRADING CORP., Respondent, v SOL LOWENTHAL, Appellant. —Judgment, Supreme Court, New York County, entered on October 31, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Lane, Sandler and Sullivan, JJ. [94 Misc 2d 962.]